# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 9, 2015

## NO. 03-13-00784-CR

**James Ray Leach, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment of conviction requiring reversal. However, there was error in the judgment of conviction that requires correction. Therefore, the Court modifies the trial court's judgment of conviction to reflect that the "Statute for Offense" is "22.01(a)(1), (b)(2)(B) Penal Code." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.